IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> 1. LOUIS DINUNZIO, <br> 2. JOSEPH SPAGNUOLO-KAZONIS, <br> 3. JOHN WOODMAN, and <br> 4. ROBERT FITZPATRICK <br><br> Defendants. | 14 CR 10282 - <br><br> Criminal No. 14-___ |

*[handwritten in left margin: September 30, 2014. Allowed. Harianne B. Bowler, USMJ]*

**GOVERNMENT'S MOTION TO SEAL**
**INDICTMENT**

Pursuant to FRCP 6(e)(4), the United States of America hereby moves this Court to direct that the indictment be sealed (and that no person shall disclose the return of the indictment except when necessary for the issuance and execution of a warrant) until the defendants are in custody in the above-captioned case and the Court has ordered the indictment unsealed.

The United States further moves, pursuant to General Order 06-05 that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents which the United States has filed in this matter.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ Seth B. Kosto
SETH B. KOSTO
Assistant U.S. Attorney

Date: September 30, 2014