AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 14CR10282- |
| LOUIS J. DINUNZIO | ) | (BoaL) |
| | ) | |
| _Defendant_ | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   LOUIS J. DINUNZIO                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 USC 846 (conspiracy to distribute and possess with intent to distribute controlled substances)


Date: 09/30/2014

_Marianne B. Bowler, USMJ_
_Issuing officer's signature_

City and state:   Boston, Massachusetts

HON. MARIANNE B. BOWLER, U.S.M.J.
_Printed name and title_

### Return

This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____
at _(city and state)_ _____ .

Date: _____

_____
_Arresting officer's signature_

_____
_Printed name and title_

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
| :---: | :--- |
| v. | ) |
| ROBERT FITZPATRICK | ) Case No. 14CR10282 |
|  | ) (BoaL) |
|  | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    ROBERT FITZPATRICK                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

conspiracy to distribute and to possess with intent to distribute marijuana in violation of 21 USC 846

Date:    09/30/2014

*Issuing officer's signature*

City and state:    Boston, Massachusetts        Hon. Marianne B. Bowler, U.S.M.J.
*Printed name and title*

### Return

| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>JOHN WOODMAN<br><br>*Defendant* | ) ) ) ) ) ) ) Case No. 14CR10282 - (Boal) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    JOHN WOODMAN                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

  conspiracy to distribute and possess with intent to distribute marijuana in violation of 21 USC 846

Date:    09/30/2014                                                     *Marianne B. Bowler USMJ*
                                                                         *Issuing officer's signature*

City and state:    Boston, Massaschusetts                Hon. Marianne B. Bowler, U.S.M.J.
                                                                         *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . <br><br>Date: _____                                                                 _____<br>                                                                                    *Arresting officer's signature*<br><br>                                                                                    _____<br>                                                                                    *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| JOSEPH SPAGNUOLO-KAZONIS | ) Case No. 14CR10282-(BoaL) |
|  | ) |
|  | ) |
|  | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JOSEPH SPAGNUOLO-KAZONIS   ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

conspiracy to distribute and to possess with intent to distribute marijuana in violation of 21 USC 846.

Date:   09/30/2014

*Marianne B. Bowler, USMJ*
*Issuing officer's signature*

City and state:  _____

Hon. Marianne B. Bowler, U.S.M.J.
*Printed name and title*

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____   _____
*Arresting officer's signature*

_____
*Printed name and title*