

# MEMORANDUM

███████████████████████

**To:**     Honorable Magistrate Judge Jennifer C. Boal
**From:**   Christopher Foster, U.S. Probation Officer
**Re:**     Joseph Spagnuolo-Kazonis (Dkt #14CR10282)
**Date:**   11/14/14

Your Honor:

On 10/2/14, Mr. Spagnuolo-Kazonis made his initial appearance after being named in an Indictment charging him with Conspiracy to Possess with Intent to Distribute and to Distribute Marijuana, in Violation of 21 U.S.C. : 846. On this same day Your Honor released Mr. Spagnuolo-Kazonis on restrictive pretrial conditions one of which prohibits him from traveling outside of the District of Massachusetts.

Mr. Spagnuolo-Kazonis has requested permission to travel to New Hampshire to celebrate Thanksgiving with his significant other. He further relates that this travel to New Hampshire is something that he hopes to do on other occasions in the future in order to visit with her family. Therefore, the Probation Office respectfully requests that Your Honor, amend this release condition to reflect the following:

Travel is restricted to the District of Massachusetts and New Hampshire, however, travel to New Hampshire is only permitted with the prior approval of the Probation Office.

The Probation Office has consulted with the U.S. Attorney on this case who is not opposed to this request.

If your Honor agrees with the change to this condition please advise below:

Reviewed/Approved by:                                         Respectfully submitted,

*/s/ Brian McDonald*                                By        */s/ Christopher Foster*
Brian McDonald                                                Christopher Foster
Supervising U.S. Probation Officer                            U.S. Probation Officer

Date: 11/14/14
_____

__ The Court allows the change in conditions of release

__ The Court does not allow the change in conditions of release


_____
Honorable Magistrate Judge Jennifer C. Boal